Herbert A. Scheftel, Appellant, v. Virginia Hot Springs, Respondent.— Order affirmed, with ten dollars costs and disbursements on the opinion of the court below. Present— Van Brunt, P. J., O'Brien, McLaughlin, Hatch and Laughlin, JJ.; Hatch and Laughlin, JJ., dissenting. The following is the opinion of Dugro, J., delivered at Special Term:

DUGRO, J.: The plaintiff concedes that in such a case as his a cause of action may be based upon contract or tort, and defendant claims that it is uncertain whether plaintiff claims upon either or both. Plaintiff states that he claims upon tort. It seems to me, in

view of the words used by the plaintiff in stating his cause of action, that he should make his complaint definite by alleging therein which he states in his brief, i. e., that his that action is upon tort. Motion, so far as it is to obtain this relief, granted. Order to be settled on notice.

The People of the State of New York ex rel. John McMullen, Relator, v. Michael C. Murphy, Police Commissioner of the Police Department of the City of New York, Respondent.— Proceedings affirmed, with costs. No opinion.

Ephraim B. Levy, Respondent, v. John Schreyer, Appellant.— Judgment affirmed, with costs, on the authority of 27 Appellate Division, 282.

George Keister, Respondent, v. William Rankin, Appellant.— Judgment affirmed, with costs. No opinion.

Frederick B. Wendt and Others, Respondents, v. Robert Megowan, Appellant.— Judgment affirmed, with costs. No opinion.

A. & S. Henry & Company, Limited, Respondent, v. James Talcott, Appellant.— Judgment affirmed, with costs. No opinion.

Elizabeth Cashin, Respondent, v. Gerald M. Fennell, Appellant.— Judgment and order affirmed, with costs. No opinion.

Charles Maas, as Administrator, etc., of Frieda Maas, Deceased, Respondent, v. The German Savings Bank in the City of New York, Appellant.— Reargument ordered.

Jacob K. Lockman, as Executor of and Trustee under the Last Will and Testament of Frederick H. Grosz, Deceased, and Others, Respondents, v. The Manhattan Railway Company and The Metropolitan Elevated Railway Company, Appellants.—Judgment modified by reducing amount awarded for fee damage to $3,500 and by reducing the judgment for rental damage, costs, allowance, etc., as entered, to the sum of $2,272.30, and as so modified affirmed, without costs to either party. No opinion.

George Toplitz, Respondent, v. William M. Levering, Defendant, and William A. Garrigues, as Surviving Member of the Firm of Levering & Garrigues, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James E. Monaghan, Appellant, v. John H. Shipway and Others, Copartners Doing Business under the Firm Name of John H. Shipway & Brother, Respondents.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs in this court and in the court below. No opinion.

Samuel Handwerger, Appellant, v. Metropolitan Street Railway Company, Respondent.— Judgment affirmed, with costs. No opinion.

Barrett Chemical Company, Respondent, v. Julius Stern, Appellant. — Judgment affirmed, with costs, on the authority of 56 Appellate Division, 144 (Van Brunt, P. J., dissenting).

William C. Browning, Appellant, v. Mary Goldenberg and Others, as Executors, etc., of Simon Goldenberg, Deceased, Respondents.— Judgment affirmed, with costs. No opinion.

Robert Jackson and Nancy Jackson, Respondents, v. The Manhattan Railway Company and the Metropolitan Elevated Railway Company, Appellants, Impleaded with Others. — Judgment modified by reducing amount awarded for fee damage to $2,000, and by reducing judgment for rental damage, costs, allowances, interest, etc., as entered to the sum of $2,375.08, and as modified affirmed, without costs to either party. No opinion.

William D. Judkins, Respondent, v. Julian S. Carr, Appellant.— Judgment affirmed, with costs. No opinion.